1  DAN TAN LAW
       Daniel S Tan (Bar No. 275413)
2  info@dantanlaw.com
   175 Varick Street
3  New York, NY 10014
   Telephone:  (646) 580-0080
4  Facsimile:   (212) 330-7642

5  Attorneys for Plaintiffs
   Johanna von Schoenebeck and
6  Andreas von Schoenebeck

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | Johanna von Schoenebeck and        | CASE NO. C13-4992
   | Andre von Schoenebeck,             |
13 |                                    |
   |              Plaintiffs,           | ~~PROPOSE~~D ORDER TO CONTINUE
14 |                                    | CASE MANAGEMENT CONFERENCE
   |         v.                         |
15 |                                    |
   | Koninklijke Luchtvaart Maatschappij|
16 | N.V. a/k/a KLM Royal Dutch Airlines|
17 |              Defendant.            |

18

19

20  Based upon the foregoing Ex Parte Application for Continuance of Case
21  Management Order, the Court orders a continuance of the Case Management
22  Conference [for ~~90 days / un~~til May 9, 2014], or as soon thereafter as a court date
23  is available.

24

25  Dated:  1/31/14

                                        _____
26
                                        The Honorable Susan Illston
27                                      United States District Judge

28