IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA VON SCHOENEBECK; and ANDRE VON SCHOENEBECK,<br><br>    Plaintiffs,<br><br>  v.<br><br>KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. a/k/a KLM Royal Dutch Airlines,<br><br>    Defendant. | No. CV 13-04992 SI<br><br>**JUDGMENT** |

Defendant's motion to dismiss the complaint is granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 8, 2014

SUSAN ILLSTON
United States District Judge